**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 117016
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| April Jihyun Yoo, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>Dynamic Recovery Solutions, LLC,<br><br>Defendant. | Docket No: 2:19-cv-21601-SDW-LDW |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: May 11, 2020

                                          **BARSHAY SANDERS, PLLC**

                                          By: ___/s *Craig B. Sanders*___
                                          Craig B. Sanders
                                          100 Garden City Plaza, Suite 500
                                          Garden City, New York 11530
                                          Tel. (516) 203-7600
                                          Email: *ConsumerRights@BarshaySanders.com*
                                          Our File No: 117016
                                          *Attorneys for Plaintiff*

        **SO ORDERED.**
        *s/Susan D. Wigenton*
        Hon. Susan D. Wigenton
        United States District Judge
        Dated: May 12, 2020